STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

NOT DESIGNATED FOR PUBLICATION

James C. Downs
District Attorney - 9th JDC
701 Murray Street
Alexandria LA 71301

REHEARING ACTION: May 19, 2010

**Docket Number: 09   01302-KH**

**STATE OF LOUISIANA**
**VERSUS**
**THEODORE R. MEEKS, JR.**

**Writ Application from Rapides Parish Case No. 282,127, 287,940**

**BEFORE JUDGES:**

    **Hon. Sylvia R. Cooks**
    **Hon. Billy Howard Ezell**
    **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **State of Louisiana** has this day been ruled on:

    **REHEARING DENIED:** This matter is controlled by *State ex rel. Morgan v. State,* 08-1082 (La. 3/4/09), 3 So.3d 456.

cc: Theodore R. Meeks, Jr., Pro Se